IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| ALLIANCE FOR THE WILD ROCKIES, *et al.*, Plaintiffs, v. LEANNE MARTEN, *et al.,* Defendants. | CV 15-99-M-BMM<br><br>ORDER OF DISMISSAL |
|---|---|

UPON MOTION of Defendants, Plaintiffs having no objection, and good cause appearing,

IT IS HEREBY ORDERED the Preliminary Injunction (Dkt. 66) is dissolved.

IT IS FURTHER ORDERED this case is DISMISSED without prejudice, for lack of subject matter jurisdiction.

DATED this 30th day of January, 2017.

*/s/ Brian Morris*
Brian Morris
United States District Court Judge

1