IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| ALLIANCE FOR THE WILD ROCKIES, *et al.*, Plaintiffs, v. LEANNE MARTEN, *et al.,* Defendants. | CV 15-99-M-BMM **ORDER** |
|---|---|

The parties having entered a joint stipulation as to Plaintiff's motion for attorneys' fees and costs, (Doc. 82), IT IS HEREBY ORDERED that the parties' joint stipulation is APPROVED and ADOPTED. The parties shall discharge the duties and obligations imposed upon them by the joint stipulation. It is further ORDERED that Plaintiffs' Motion for Attorney's Fees (Doc. 73) is DENIED AS MOOT.

DATED this 7th day of June 2017.

John Johnston
United States Magistrate Judge